NF

**FILED**

JUL 2 9 2010

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUDGE DARRAH

**10 CR    647**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| ISAAC MYLES | ) |
| | ) |

Violations: Title 18, United States Code
Sections 922(g)(1), 924(c), and 924(e);
Title 21, United States Code,
Section 841(a)(1)

MAGISTRATE JUDGE
GERALDINE SOAT BROWN

**<u>COUNT ONE</u>**

The SPECIAL JULY 2010 GRAND JURY charges:

On or about December 16, 2009, at Chicago, in the Northern District of Illinois, Eastern Division,

ISAAC MYLES,

defendant herein, previously having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, namely, a loaded .22 caliber RG industry revolver, model RG14 with serial number L59307, which firearm was in and affecting commerce in that the firearm had previously traveled in interstate commerce prior to defendant's possession of it;

In violation of Title 18, United States Code, Section 922(g)(1), and 924(e).

## COUNT TWO

The SPECIAL JULY 2010 GRAND JURY further charges:

On or about December 16, 2009, at Chicago, in the Northern District of Illinois, Eastern Division,

ISAAC MYLES,

defendant herein, knowingly and intentionally possessed with intent to distribute a controlled substance, namely, a quantity of mixtures and substances containing a detectable amount of heroin, a Schedule I Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

2

## COUNT THREE

The SPECIAL JULY 2010 GRAND JURY further charges:

On or about December 16, 2009, at Chicago, in the Northern District of Illinois, Eastern Division,

ISAAC MYLES,

defendant herein, knowingly possessed a firearm, namely, a loaded .22 caliber RG industry revolver, model RG14 with serial number L59307, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, namely possession of a controlled substance with intent to distribute, in violation of Title 21, United States Code, Section 841(a)(1), as further set forth in Count Two of this Indictment;

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## **FORFEITURE ALLEGATION**

The SPECIAL JULY 2010 GRAND JURY further charges:

1.      The allegations of Counts One and Three of this Indictment are realleged and incorporated here by reference as if fully restated herein for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2.      As a result of his violations of Title 18, United States Code, Sections 922(g)(1) and 924(c), as alleged in this Indictment,

ISAAC MYLES,

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any and all right, title and interest he may have in any property involved in the charged offenses.

3.      The interests of the defendant subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) are a .22 caliber RG industry revolver, model RG14 with serial number L59307 and six rounds of ammunition.

All pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

4