# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

October 27, 2015

*By the Court:*

| No. 14-1343 | UNITED STATES OF AMERICA, <br> Plaintiff - Appellee <br><br> v. <br><br> ISAAC MYLES, <br> Defendant - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:10-cr-00647-1 <br> Northern District of Illinois, Eastern Division <br> District Judge John W. Darrah ||

The following are before the court:
1. **MOTION TO DISMISS APPEAL**, filed on October 7, 2015, by counsel for the appellant.
2. **CIRCUIT RULE 51(f) CONSENT TO DISMISSAL OF APPEAL**, filed on October 26, 2015, by counsel for the appellant.

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b) And Circuit Rule 51(f).

form name: **c7_FinalOrderWMandate**(form ID: **137**)

CERTIFIED COPY
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit